# SCHEDULE A

## SCHEDULE A

### AUTHORITY FOR THE TAKING

The property is taken under and in accordance with 40 U.S.C. §§ 3113 and 3114, which authorize the condemnation of land and the filing of a Declaration of Taking; the Act of Congress approved September 30, 1996, as Public Law 104-208, Division C, Section 102, 110 Stat. 3009-546, 3009-554-55, as amended and codified at 8 U.S.C. § 1103(b) & note; and the Act of Congress approved March 23, 2018, as Public Law 115-141, div. F, tit. II, 132 Stat. 348, which appropriated the funds that shall be used for the taking.

# SCHEDULE B

## SCHEDULE B

## PUBLIC PURPOSE

The public purpose for which said property is taken is to construct, install, operate, and maintain roads, fencing, vehicle barriers, security lighting, cameras, sensors, and related structures designed to help secure the United States/Mexico border within the State of Texas.

# SCHEDULE C

**SCHEDULE C**

LEGAL DESCRIPTION

Starr County, Texas

Tracts: RGV-RGC-4029
         RGV-RGC-4029-2
Owner: Legacy Advance Development Partners, LTD., *et al*.
Acres: 7.226

**RGV-RGC-4029**

**BEING** a 4.430 acre (192,988 square feet) parcel of land out of Porción 72, Ancient Jurisdiction of Mier, Mexico, now Starr County, Texas, also being out of the Juan Angel Saenz Grant, Abstract 164, Share 3-A, and a portion of a called 63.70 acre tract, also known as Tract I, and a called 14.47 acre tract, also known as Tract III, described in a deed dated September 23, 2008, from Clotilde R. Pena et al to Legacy Advance Development Partners, LTD., recorded in Volume 1209, Page 264 of the Official Records of Starr County Texas (O.R.S.C.T.), said 4.430 acres of land being more particularly described by metes and bounds as follows:

**COMMENCING at a point** for reference at a set "PK" Nail in concrete, having a coordinate value of N= 16,670,615.479 and E= 815,936.661, on the common west line of the residue of said called 63.70 acre tract and the southerly right of way line of a called 2.594 acre tract, also known as Arroyo Roma, Parcel 9M Part 1 (9MP1), common to the north corner of a called 0.1393 acre tract, also known as Arroyo Roma, Parcel 8M, as conveyed to The State of Texas by and through the Texas Department of Transportation (TXDOT), described respectively in Volume 1443, Page 714 (O.R.S.C.T.), Volume 1448, Page 483 (O.R.S.C.T.), thence as follows;

SOUTH 21°44'52" WEST, with said common line, a distance of 101.08 feet to a 5/8-inch iron rod with aluminum cap stamped "RGV-RGC-4029-1" set for the northwest corner and **PLACE OF BEGINNING** of the herein described parcel, having a coordinate value of N= 16,670,521.592 and E= 815,899.208, said point bears South 00°12'33" East, a distance of 1,908.38 feet from United States Army Corps of Engineers Control Point No. S137;

**THENCE**, SOUTH 45°23'57" EAST, departing said common line, over and across said 63.70 acre tract, a distance of 918.53 feet to a 5/8-inch iron rod with aluminum cap stamped "RGV-RGC-4029-2=4029-3" set for the northeast corner of the herein described parcel on the common east line of said 63.70 acre tract and the west line of Share 2, Porción 72 and the residue of that called 17.84 acre tract acre tract, also known as Tract II, described in said deed dated September 23, 2008, from Clotilde R. Pena et al to Legacy Advance Development Partners, LTD., recorded in Volume 1209, Page 264 of the Official Records of Starr County Texas (O.R.S.C.T.);

## SCHEDULE C (Cont.)

**THENCE**, SOUTH 21°29'20" EAST, along said common line, a distance of 223.18 feet to a 5/8-inch iron rod with aluminum cap stamped "RGV-RGC-4029-3=4029-2-2" set for the southeast corner of the herein described parcel;

**THENCE**, NORTH 78°53'20" WEST, departing said common line, over and across said called 63.70 acre tract a distance of 8.58 feet to a 5/8-inch iron rod with aluminum cap stamped "RGV-RGC-4029-4" set for an angle corner of the herein described parcel;

**THENCE**, NORTH 45°23'57" WEST, continuing over and across said 63.70 acre tract a distance of 910.48 feet to a 5/8-inch iron rod with aluminum cap stamped "RGV-RGC-4029-5", set on the westerly line of said called 14.47 acre tract for the southwest corner of the herein described parcel;

**THENCE**, NORTH 21°44'52" EAST, at a distance of 192.26 feet pass a 5/8" iron rod found for the southwest corner of said Share 3-A and the southeast corner of Share 4-A of said Porción 72 and continuing along said common line, a total distance of 227.89 feet to the **PLACE OF BEGINNING** and containing 4.430 acre (192,988 square feet) of land.

Note: All bearings and coordinates are based on the Texas State Plane Coordinate System, South Zone (4205), North American Datum 1983 (2011 ADJ; 2010.00 EPOCH).  All distances and coordinates are grid and may be converted to surface by multiplying by a combined scale factor of 1.00004.

**RGV-RGC-4029-2**

**BEING** a 2.796 acre (121,811 square feet) parcel of land out of Porción 72, Ancient Jurisdiction of Mier, Mexico, now Starr County, Texas, also being out of the Juan Angel Saenz Grant, Abstract 164, Share 2, and a portion of a called 17.84 acre tract of land, also known as Tract II, as described in a deed dated September 23, 2008, from Clotilde R. Pena et al to Legacy Advance Development Partners, LTD., recorded in Volume 1209, Page 264 of the Official Records of Starr County Texas (O.R.S.C.T.), said 2.796 acres of land being more particularly described by metes and bounds as follows:

**COMMENCING at a point** for reference at a 5/8-inch iron rod found having a coordinate value of N= 16,668,936.650 and E= 816,793.500, at the common southeast corner of said called 17.84 acre tract and the southwest corner of a called 139.219 acre tract of land described in a Modification Agreement dated July 23, 1990, to Pablo A. Ramirez, Inc., recorded in Volume 630, Page 822 (O.R.S.C.T.), thence as follows;

## SCHEDULE C (Cont.)

NORTH 21°40'19" EAST, along the common line of said called 17.84 and 139.219 acre tracts, a distance of 666.72 feet to a 5/8-inch iron rod with aluminum cap stamped "RGV-RGC-4029-2-1=4030-1" set for the southeast corner and **PLACE OF BEGINNING** of the parcel described herein, having a coordinate value of N= 16,669,556.245 and E= 817,039.717, said point bears South 21°46'01" East, a distance of 3,094.34 feet from United States Army Corps of Engineers Control Point No. S137;

**THENCE**, NORTH 78°46'48" WEST, over and across said called 17.84 acre tract, a distance of 579.33 feet to a 5/8-inch iron rod with aluminum cap stamped "RGV-RGC-4029-6=4029-2-2" set on the west line of said called 17.84 acre tract common to the east line of that called 63.70 acre tract of land, also known as Tract I, as described in a deed dated September 23, 2008, from Clotilde R. Pena et al to Legacy Advance Development Partners, LTD., recorded in Volume 1209, Page 264 of the Official Records of Starr County Texas (O.R.S.C.T.), , for the northwest corner of the parcel described herein;

**THENCE**, NORTH 21°29'20" EAST, along said common line of said called 17.84 acre tract, a distance of 223.18 feet to a 5/8-inch iron rod with aluminum cap stamped "RGV-4029-2-3= RGC-4029-5" set for the northwest corner of the parcel described herein;

**THENCE**, SOUTH 45°23'58" EAST, returning over and across said called 17.84 acre tract, a distance of 17.45 feet to a 5/8-inch iron rod with aluminum cap stamped "RGV-RGC-4029-2-4" set for an angle point of the parcel described herein;

**THENCE**, SOUTH 78°46'48" EAST, continuing across said called 17.84 acre tract, a distance of 563.71 feet to a 5/8-inch iron rod with aluminum cap stamped "RGV-RGC-4029-2-5=4030-2" set on the common line of said called 17.84 and 139.219 acre tracts, for the northeast corner of the parcel described herein;

**THENCE**, SOUTH 21°40'19" WEST, with said common line a distance of 213.55 feet to the **PLACE OF BEGINNING** and containing 2.796 acres (121.811 square feet) of land.

Note: All bearings and coordinates are based on the Texas State Plane Coordinate System, South Zone (4205), North American Datum 1983 (2011 ADJ; 2010.00 EPOCH). All distances and coordinates are grid and may be converted to surface by multiplying by a combined scale factor of 1.00004.

# SCHEDULE D

## SCHEDULE D

## MAP or PLAT

## LAND TO BE CONDEMNED



## SCHEDULE D (Cont.)



## SCHEDULE D (Cont.)



## SCHEDULE D (Cont.)



Tracts:  RGV-RGC-4029
         RGV-RGC-4029-2
Owner: Legacy Advance Development Partners, LTD., *et al*.
Acreage:  7.226

# SCHEDULE E

**SCHEDULE E**

ESTATE TAKEN

Starr County, Texas

Tracts:  RGV-RGC-4029
          RGV-RGC-4029-2
Owner: Legacy Advance Development Partners, LTD., *et al*.
Acres:  7.226

**RGV-RGC-4029**

     The estate taken is fee simple, subject to existing easements for public roads and highways, public utilities, railroads, and pipelines; and subject to all interests in minerals and appurtenant rights for exploration, development, production and removal of said minerals;

     Reserving to the owners of land described in conveyance recorded with Official Records of Starr County, Texas, volume 1209, page 264, reasonable access to and from the owners' lands lying between the Rio Grande River and the border barrier through opening(s) or gate(s) in the border barrier between the westernmost mark labeled "Beginning" and easternmost mark labeled "Ending" depicted on the map below;

     Excepting and excluding all interests in water rights and water distribution and drainage systems, if any, provided that any surface rights arising from such water rights or systems are subordinated to the United States' construction, operation and maintenance of the border barrier.

**RGV-RGC-4029-2**

     The estate taken is fee simple, subject to existing easements for public roads and highways, public utilities, railroads, and pipelines; and subject to all interests in minerals and appurtenant rights for exploration, development, production and removal of said minerals;

     Reserving to the owners of land described in conveyance recorded with Official Records of Starr County, Texas, volume 1209, page 264, reasonable access to and from the owners' lands lying between the Rio Grande River and the border barrier through opening(s) or gate(s) in the border barrier between the westernmost mark labeled "Beginning" and easternmost mark labeled "Ending" depicted on the map below;

     Excepting and excluding all interests in water rights and water distribution and drainage systems, if any, provided that any surface rights arising from such water rights or systems are subordinated to the United States' construction, operation and maintenance of the border barrier.

**SCHEDULE E (Cont.)**

# SCHEDULE F

## **SCHEDULE F**

ESTIMATE OF JUST COMPENSATION

The sum estimated as just compensation for the lands being taken is NINETY-FIVE THOUSAND EIGHT HUNDRED FIFTY-THREE DOLLARS AND NO/100 ($95,853.00), to be deposited herewith in the Registry of the Court for the use and benefit of the persons entitled thereto.

# SCHEDULE G

## SCHEDULE G

### INTERESTED PARTIES

The following table identifies all persons who have or claim an interest in the property condemned and whose names are now known, indicating the nature of each person's property interest(s) as indicated by references in the public records and any other information available to the United States. See Fed. R. Civ. P. 71.1(c).

| INTERESTED PARTY | REFERENCE |
|---|---|
| **Legacy Advance Development Partners, LTD.**<br>776 East Grant Street<br>Roma, Texas 78584 | **RGV-RGC-4029**<br>**RGV-RGC-4029-2**<br>Special Warranty Deed,<br>Document #2008-277634;<br>Recorded September 23, 2008,<br>Official Records of Starr County |
| **International Bank of Commerce**<br>A. Boyd Carter, Trustee<br>908 North US Highway 83<br>Zapata, TX 78076 | Deed of Trust,<br>Document #2015-325973;<br>Recorded September 16, 2015,<br>Official Records of Starr County |
| **Citizens State Bank**<br>Roberto A. Salinas, Trustee<br>PO Box 988<br>Roma, TX 78584 | Deed of Trust,<br>Document #2013-312996;<br>Recorded September 8, 2013,<br>Official Records of Starr County |
| **First National Bank of Rio Grande City**<br>Rodolfo Cantu, Trustee<br>100 North Britton Avenue<br>Rio Grande City, TX 78582 | Deed of Trust,<br>Document #1989-148393;<br>Recorded July 11, 1989,<br>Official Records of Starr County |
| **Ameida Salinas**<br>100 N FM 3167, Room 201<br>Rio Grande City, Texas 78582 | Starr County Tax Assessor-Collector |